868

No. 209, Misc. SMITH v. WESTCHESTER COUNTY BAR ASSOCIATION. Appeal from the Court of Appeals of New York. *Per Curiam:* The appeal is dismissed for the want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was taken as a petition for writ of certiorari, as required by 28 U. S. C. § 2103, certiorari is denied.

No. 320. MICHIGAN-WISCONSIN PIPE LINE CO. v. CORPORATION COMMISSION OF OKLAHOMA ET AL.; and

No. 321. NATURAL GAS PIPELINE CO. v. CORPORATION COMMISSION OF OKLAHOMA ET AL. Appeals from the Supreme Court of Oklahoma. Motion of Phillips Petroleum Company for leave to file motion to dismiss granted. *Jack T. Conn* and *Arthur R. Seder, Jr.* for appellant in No. 320. *Clarence H. Ross* and *Warren T. Spies* for appellant in No. 321. *D. H. Culton* and *Coleman Hayes* for appellants in Nos. 320 and 321. *Mac Q. Williamson,* Attorney General of Oklahoma, for the Corporation Commission, *T. Murray Robinson* and *Leon Shipp* for certain mineral owners in Texas County, Oklahoma; and *Rayburn L. Foster, Harry D. Turner, R. M. Williams* and *Cecil C. Hamilton* for the Phillips Petroleum Company, appellees. Reported below: 272 P. 2d 425.

No. 367. FEDERAL POWER COMMISSION v. OREGON ET AL. C. A. 9th Cir. Certiorari granted. Petition of Portland General Electric Co. for leave to intervene denied. *Solicitor General Sobeloff* and *Willard W. Gatchell* for petitioner. *Robert Y. Thornton,* Attorney General of Oregon, *E. G. Foxley,* Deputy Attorney General, and *Arthur G. Higgs,* Assistant Attorney General, for respondents. *Clarence D. Phillips* for the Portland General Electric Co.